Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Kim A. Kennedy (SBN 305,499)
kim.kennedy@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
OAKLEY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>COYOTE VISION USA, INC., a New York corporation,<br><br>Defendant. | Civil Action No. 8:17-cv-00757 CJC (KESx)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: April 28, 2017<br>Current Response date: May 19, 2017<br>New Response date: June 16, 2017<br><br>Hon. Cormac J. Carney |

Plaintiff Oakley, Inc. ("Oakley") and Defendant Coyote Vision USA, Inc. ("Coyote Vision") have stipulated as follows:

WHEREAS, Oakley served its summons and complaint on Coyote Vision on April 28, 2017;

WHEREAS, Coyote Vision is required to serve its answer and/or respond to Oakley's complaint by May 19, 2017, twenty-one days after service of the summons and complaint;

WHEREAS, Coyote Vision has requested and Oakley has agreed to a thirty-day extension in light of the importance of the issues raised;

WHEREAS, this is Coyote Vision's first request to extend time to respond to the initial complaint;

WHEREAS, Coyote Vision's current corporate counsel is not admitted to practice in the State of California, but are seeking local counsel in California, and have stipulated to this request;

WHEREAS, Federal Rule of Civil Procedure 6(b) states that the Court may extend time for good cause and the parties have been conducting good-faith negotiations as to certain defenses available to the Defendant,

THEREFORE, IT IS HEREBY STIPULATED that Defendant Coyote Vision's shall have up to and including June 16, 2017, to file a response to Plaintiff's Complaint.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 25, 2017

By*: /s/ Ali S. Razai*

Michael K. Friedland
michael.friedland@knobbe.com
Ali S. Razai
ali.razai@knobbe.com
Kim A. Kennedy
Kim.kennedy@knobbe.com
Attorneys for Plaintiff
OAKLEY, INC

**CERTIFICATE OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, 14th Floor, Irvine, California 92614. On May 25, 2017, I served the within JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT on the party or its counsel shown below, by placing it in a sealed envelope addressed as follows:

**VIA U.S. MAIL:**

Carl A. Steinbrenner, Esq.
Steinbrenner Law Offices, LLC
104 Troup Street
Rochester, New York 14608
csteinbrenner@steinbrennerlaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 25, 2017, at Irvine, California.

Maria Zavala

Maria Zavala

26001337